UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>Dena Marie Connolly )<br>a.k.a. Sharon Forest, Shannon Forest, )<br>Defendant ) | Mag. Judge Case No. 05m-1136-JGD |

### AFFIDAVIT IN SUPPORT OF ARREST

I, Kevin Roche, United States Marshals Service, do hereby make oath before the Honorable Judith Dein, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Dena Marie Connolly, a.k.a. Sharon Forest and Shannon Forest on a Bench Warrant filed in the District of the District of Columbia - Superior Court Criminal Division, charging the defendant with being a Material Witness in the matter of *United States of America v. Keith McDuffie*, F 1813-05, pursuant to 23 D.C. Code Section 1326, and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

_____
Kevin Roche
Deputy United States Marshal
United States Marshals Service

Subscribed and sworn to before me this 29 day of August, 2005.

_____
Judith G. Dein
United States Magistrate Judge

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION

UNITED STATES OF AMERICA          :     CRIMINAL NO. SP197905

v.                                :     ISSUED BY: _LEE F. SATTERFIELD_ Acting Chief Judge

DENA MARIE CONNOLLY               :

### BENCH WARRANT
May be served at any place within the jurisdiction of the United States.
*Unless Specified Otherwise Below*

TO: The United States Marshal for the Superior Court of the District of Columbia or any other authorized federal officer or the Chief of Police of the District of Columbia

GREETINGS: YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before this Court or other person enumerated in 18 U.S.C. 3041 to answer to the charge(s) listed below XFX YOU ARE FURTHER COMMANDED to execute this warrant FORTHWITH.

**BASIS FOR WARRANT AND DESCRIPTION OF CHARGES**

MATERIAL WITNESS WARRANT FOR DENA MARIE CONNOLLY:

WITNESS HAS ESSENTIAL INFORMATION FOR PROSECUTION OF USA V. KEITH MCDUFFIE, F 1815-05

XXXX This Warrant is issued extraterritorially pursuant to D.C. Code § 23-1329(d)(1996)

**SPECIAL TERRITORIAL LIMITS ON EXECUTION OF WARRANT - THIS SECTION VALID ONLY IF COMPLETED**

Extraterritorial Service of this Warrant is limited to

**IDENTIFICATION OF PERSON TO BE ARRESTED**

ALIAS: SHANNON FOREST; SHARON FOREST

ADDRESS: 3 OLD BRIDGE STREET, LAKEVILLE, MASSACHUSETTS 02347

D.C. MPD - PDID NO: N/A    DATE OF BIRTH: 01/26/84    SEX: F    RACE: W

HEIGHT: 5'2"    WEIGHT: 125 lbs.    OTHER: BROWN EYES; BROWN HAIR

OTHER: SSAN: 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

WITNESS, The Honorable Chief Judge of the Superior Court of the District of Columbia under the seal of said Court this _5_ day of _August, 2005_.

BAIL FIXED BY THE COURT          Superior Court of the District of Columbia

AT _NO BOND_                     BY: _[signature]_
                                 (X) Judge  ( ) Hearing Commissioner  ( ) Deputy Clerk

RETURN: This warrant was received and executed with the arrest of the above-named person.

Date Received:          Name & Title of Arresting Officer

Date Executed:          Signature of Arresting Officer

White - Court    Yellow - U.S. Marshal