**United States District Court**
**District of Massachusetts**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| V. | ) ) | Case Number: 05m-1136-JGD<br>Charging District No.SP1979-05 |
| Dena Marie Connolly<br>Defendant. | ) ) | |

**COMMITMENT TO ANOTHER DISTRICT**

**DEIN, U.S.M.J.**                                                                                                      **August 31, 2005**

The defendant is charged with a violation of DC Code <u>23 -1329 (d)(1996)</u> alleged to have been committed in the District of <u>Columbia</u>.

Brief Description of Charge(s):


The defendant has been unable to obtain release under the bail Reform Act of 1984, 18, U.S.C. §3141-3143.

    **TO:**    **THE UNITED STATES MARSHAL**

You hare hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed.R.Crim.P. 5 having been completed.

Date   August 31, 2005                                                   *Judith Gail Dein*
                                                                                        UNITED STATES MAGISTRATE JUDGE

| RETURN | | |
|---|---|---|
| THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS: | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |